WOO SUNG LING, Respondent, v. CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See *ante,* p. 955.]

ANTHONY MILKER, Respondent, v. MARGARET JIRINEC, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.

JACOB RAPAPORT et al., Appellants, v. ABRAHAM STEIN, Respondent.—Motion for leave to appeal to the Appellate Division granted. Present—Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.

ROJAN ENTERPRISES, INC., Appellant, v. SAM SCHEIMAN et al., Doing Business under the Name of MR. & MRS. SCHEIMAN, 886–888 DEKALB AVENUE, Respondents.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.

ETHEL SEFRANKA, Appellant, v. GUSTAVE C. SEFRANKA, Respondent.— Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ. [See *ante,* p. 948.]

IDA SELTZER et al., Respondents, v. WALTER C. WILLIAMS, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.